UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HALLMARK CONSULTING CORPORATION,

        Plaintiff,

 -against-

               08 CIV 10398 (SAS)

CHARLES FERGUSON, MICHAEL D. GARBER,
CB ADVISORS, LLC, WGT INC. and MAM, Inc.,  DEFAULT
               JUDGMENT

        Defendants.
------------------------------------------------------------------x

  This action having been commenced on December 2, 2008 by the filing of the Complaint, and copies of the summons and complaint having been personally served on defendants Charles Ferguson, CB Advisors, LLC, WGT Inc. and MAM, Inc., on December 8, 2008, by personal delivery to defendant Charles Ferguson, and proof of service having filed on December 15, 2008 and those defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants Charles Ferguson, CB Advisors, LLC, WGT Inc. and MAM, Inc. in the liquidated amount of $3,330,000.00.

Dated: New York, New York
   March 24, 2009

                _____
                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

This document was entered on the docket on