**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

**HALLMARK CONSULTING CORP.,**

**Plaintiff,**

**- against -**

**FERGUSON,** *et al.,*

**Defendants.**

-------------------------------------------------------- X

**ORDER OF**
**DISCONTINUANCE**

**08 Civ. 10398 (SAS)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a

resolution of this action, IT IS HEREBY ORDERED that the above captioned

action be, and the same hereby is, discontinued with prejudice but without costs;

provided, however, that within thirty (30) days of the date of this Order, counsel

for either side may apply by letter for restoration of the action to the calendar of

the undersigned if the settlement is not effected, in which event the action will be

restored.

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            September 8, 2009

## - Appearances -

### For Plaintiff:

Harry H. Wise III, Esq.
250 West 57th Street, Suite 1316
New York, NY 10107
(212) 810-2430

### For Defendants:

Warren Hecht, Esq.
118-21 Queens Boulevard
New York, NY 11375
(718) 575-8721